Entered on Docket September 28, 2020

**Submitted But not Entered.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**Two issues: 1) No fee/billing narrative attached describing the fees earned; 2) The requested compensation must only be the amount above the $4,000 no-look fee the Court approved at confirmation and the billing narrative must still provide all time billings from the commencement of the case to ensure the no-look fee was earned.**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

FALISHA ANN FORGASH

Debtor(s).

Case No. 20-41559-MJH

ORDER APPROVING ATTORNEY'S COMPENSATION

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by ___Ellen Ann Brown___ ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of $__4541.25__ as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s)

Order Approving Attorney's Compensation
Local Forms W.D. Wash. Bankr., Form 13-10
Eff. 12/14

in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

/ / /End of Order/ / /

Presented by:

/s/ Ellen Ann Brown

_____
Ellen Ann Brown WSB 27992
Attorney for Debtor(s)
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958